# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANDREWS and RYAN ANDREWS,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., and DOES 2 through 10, Inclusive,<br><br>　　　　　　Defendants. | Case No. 8:19:cv-01665 – JLS (JDE)<br><br>**ORDER EXTENDING PRE-TRIAL DEADLINES** |

　　　Before the Court is the Parties' Stipulation to continue the pretrial deadlines in this matter. (Doc. 37.) The Parties cite the impact of the COVID-19 pandemic on their ability to conduct discovery in support of their request for a six-month extension of pretrial deadlines. Specifically, the Parties inform the Court that Plaintiff Sarah Andrews is currently scheduled for various medical examinations in December that will need to be rescheduled because the state of Alaska, where Plaintiffs reside, has imposed new travel

restrictions, including a 14-day quarantine period upon return, which would subject Plaintiffs to undue financial burdens. The Court finds good cause to modify the Scheduling Order, but the Parties have failed to justify the lengthy six-month extension sought here. Accordingly, the Court MODIFIES the Scheduling Order AS FOLLOWS:

| Deadline | New Deadline |
| --- | --- |
| Fact Discovery Cutoff | **05/28/21** |
| Last Day to Serve Initial Expert Reports | **06/11/21** |
| Last Day to Serve Rebuttal Expert Reports | **07/09/21** |
| Expert Discovery Cutoff | **08/06/21** |
| Last Day to File Motions (Except Daubert and Motions in Limine) | **08/21/21** |
| Last Day for Settlement Conference | **10/08/21** |
| Last Day to File Daubert Motions | **10/22/21** |
| Last Day to File Other Motions in Limine | **11/26/21** |
| Final Pre-trial Conference | **1/28/22** **10:30 a.m.** |

**IT IS SO ORDERED.**

Dated: November 30, 2020

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE