# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANDREWS AND RYAN ANDREWS,<br><br>                Plaintiffs,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>                Defendants. | Case No. 8:19-cv-01665<br>Judge: Fernando L. Aenlle-Rocha |

## REPORT OF SETTLEMENT

    Plaintiffs, Sarah Andrews and Ryan Andrews, through counsel, Mark Choate, pursuant to LR 16-15.7 & LR 40.2, report that this matter has settled and may be taken off the trial calendar. The parties will submit a Stipulation for Dismissal with Prejudice within 30 days.

Dated: April 13, 2022

*/s/ Mark Choate*
Mark Choate, 206229
424 N. Franklin St., Juneau AK 99801
(907) 586-4490 mark@choatelawfirm.com

REPORT OF SETTLEMENT
*Andrews v. WDP&R,* Case No. 8:19-cv-01665
Page 1 of 2

| | | |
|---|---|---|
| 1 | | |
| 2 | The undersigned certifies that under penalty of perjury under the laws of the State of Alaska that on the below date I caused to be served the foregoing document on all counsel of record via CM/ECF. | |
| 3 | | |
| 4 | David Henderson | Plaintiffs Co-counsel |
| | LAW OFFICES OF DAVID HENDERSON | |
| 5 | 3003 Minnesota Avenue, #203 | |
| | Anchorage, AK 99503 | |
| 6 | Tel: (907) 677-1234 | |
| 7 | Fax: (888) 965-9338 | |
| | Email: dh@henderson-law.com | |
| 8 | Email: marc@henderson-law.com | |
| | Email: Tv@henderson-law.com | |
| 9 | | |
| 10 | Brad Kane, CA #15147 | Plaintiffs Co-counsel |
| | KANE LAW FIRM | |
| 11 | 1154 S. Crescent Heights Blvd. | |
| | Los Angeles, CA. 90035 | |
| 12 | Tel: (323) 697-9840 | |
| | Fax: (323) 571-3579 | |
| 13 | Email: bkane@kanelaw.la | |
| 14 | | |
| 15 | Nicholas W. Davila (# 256832) | Attorneys for Walt Disney Parks and Resorts U.S., Inc. |
| 16 | Nina L. Hawkinson (#273292) | |
| | LONDON FISCHER LLP | |
| 17 | 2505 McCabe Way #100 | |
| | Irvine, CA. 92614 | |
| 18 | Tel: (949) 252-0550 | |
| | Fax: (949) 252-0553 | |
| 19 | Email: ndavila@londonfischer.com | |
| | Email: nhawkinson@londonfischer.com | |
| 20 | Email: jklein@londonfischer.com | |
| | Email: sbruce@londsonfischer.com | |
| 21 | | |
| 22 | | |
| | /s/ Mark Choate_____ | |
| 23 | Choate Law Firm LLC | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |